# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NUBIA NATIONAL TRUST BANK,

    Plaintiff

v.

HOA COLLECTIONS, LLC and SPRINGS
AT ELDORADO II HOMEOWNERS
ASSOCIATION,

    Defendants

Case No.: 2:24-cv-00487-APG-EJY

**Order**

Plaintiff Nubia National Bank Trust filed this action pro se.  However, an entity like Nubia National Bank Trust cannot appear in this case without representation by an attorney. *See In re America W. Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) ("Corporations and other unincorporated associations must appear in court through an attorney.").

I THEREFORE ORDER that by April 15, 2024, counsel for plaintiff Nubia National Trust Bank must file an appearance to represent Nubia in this action.  If counsel fails to make an appearance by that date, I will dismiss this case.

DATED this 13th day of March, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE