UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NUBIA NATIONAL TRUST BANK,<br><br>    Plaintiff<br><br>v.<br><br>HOA COLLECTIONS LLC, et al.,<br><br>    Defendants | Case No.: 2:24-cv-00487-APG-EJY<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 15] |

    On September 27, 2024, Magistrate Judge Youchah recommended that I dismiss this case without prejudice because plaintiff Nubia National Trust Bank did not comply with her order to obtain counsel. ECF No. 15.  Nubia did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

    I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation (ECF No. 15) is accepted and plaintiff Nubia National Trust Bank's complaint (ECF No. 1) is dismissed without prejudice.  The clerk of court is instructed to close this case.

    DATED this 21st day of October, 2024.

                                        ANDREW P. GORDON<br>
                                        CHIEF UNITED STATES DISTRICT JUDGE